219 So.2d 416

**James Edward CHAMPION**

**v.**

**STATE.**

**6 Div. 424.**

Court of Appeals of Alabama.

Feb. 18, 1969.

C. Delaine Mountain, Tuscaloosa, for appellant.

MacDonald Gallion, Atty. Gen., and Lloyd G. Hart, Asst. Atty. Gen., for the State.

CATES, Judge.

This appeal from denial of coram nobis raises only a question of fact.

The fact at issue is whether or not Champion voluntarily pleaded guilty to a grand larceny indictment for which he got a sentence of one year and a day.

He testified but brought out nothing to show that he could have probably maintained a not guilty plea. Champion's fear seems to have been that he could get up to ten years in prison. His former attorney

was called by the State and testified that he did not coerce Champion into pleading guilty.

Under Code 1940, T. 13, § 66 (third sentence), we close this opinion. Since the burden of persuasion was on appellant, the judgment of the trial court is due to be

Affirmed.